**Order entered October 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01119-CV

## IN RE RICHARD RALEY AND RALEY HOLDINGS, LLC, Relators

**Original Proceeding from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00390-B**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/     BILL WHITEHILL
         JUSTICE